IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:15-cr-00095 |
| | ) | |
| vs. | ) | |
| | ) | ORDER EXTENDING |
| RENNALDS LAVEL GANDY, JR. | ) | REPORT DATE |

## ORDER EXTENDING REPORTING DATE

On motion of the Defendant and consented to by the Government, the Court hereby extends Rennalds Lavel Gandy Jr.'s report date from January 5, 2017, to February 6, 2017.

AND IT IS SO ORDERED.

s/ Bruce Howe Hendricks_____
BRUCE HOWE HENDRICKS
UNITED STATES DISTRICT JUDGE

Greenville, South Carolina
January 5, 2017